IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LORI WILLIAMS**,<br><br>　　Plaintiff,<br><br>　　v.<br><br>**FEDERAL EXPRESS CORP.**,<br><br>　　Defendant. | **CIVIL ACTION**<br><br>**NO. 20-5527-KSM** |

### ORDER

**AND NOW**, this 28th day of April, 2022, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 23), Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment (Doc. No. 26), and Defendant's Reply Memorandum in Support of Motion for Summary Judgment (Doc. No. 29), and following oral argument (Doc. No. 34), it is **ORDERED** as follows:

1. Defendant's motion for summary judgment (Doc. No. 23) is **GRANTED**.

2. The Clerk of Court **SHALL** mark this matter **CLOSED**.

**IT IS SO ORDERED.**

.　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Karen Spencer Marston*
　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**KAREN SPENCER MARSTON, J.**